PROB 12C
(6/16)

Report Date: March 21, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 25, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tori Rachelle Wentz       Case Number: 0980 2:15CR00072-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: June 30, 2016

Original Offense:    Counts 2 & 6:  Possession with Intent to Distribute 50 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A); Count 5 - Distribution of 5 Grams or More of Actual Methamphetamine, 21 U.S.C. 841(1)(1), (b)(1)(B)

Original Sentence:    Prison - 120 months            Type of Supervision: Supervised Release
                      TSR - 60 months

Amended Sentence:     Prison - Time Served
(April 7, 2021)       TSR - 168 months

Asst. U.S. Attorney:  Stephanie A. Van Marter         Date Supervision Commenced: April 21, 2021

Defense Attorney:     Federal Public Defenders        Date Supervision Expires: April 20, 2028

## PETITIONING THE COURT

To issue a warrant.

On April 22, 2021, the offender's conditions of supervision were reviewed by the probation officer and she signed said conditions acknowledging and understanding of her requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition #22:** The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** The offender is alleged to have violated special condition number 22, by failing to report to Pioneer Human Services (PHS) for urinalysis testing on February 11, 2022.

This officer received email correspondence from PHS indicating Ms. Wentz failed to report for random urinalysis testing on February 11, 2022.

Prob12C
**Re: Wentz, Tori Rachelle**
**March 21, 2022**
**Page 2**

| | |
|---|---|
| 2 | **Standard Condition # 9**: After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when to report to the probation officer, and the defendant must report to the probation officer as instructed. |

**Supporting Evidence**: The offender is alleged to have violated standard condition number 9, by failing to report to the probation officer as instructed on March 15, and 21, 2022.

On March 11, 2022, the probation officer instructed the offender to report to the U.S. Probation Office on March 15, 2022. She failed to report as instructed.

On March 16, 2022, a letter was mailed to the offender's last known residence instructing her to report to the U.S. Probation Office on March 21, 2022. She failed to report as instructed.

| | |
|---|---|
| 3 | **Standard Condition # 12**: The defendant must live at a place approved by the probation officer. If the defendant plans to change where he or she lives or anything about the defendant's living arrangements (such as the people the defendant lives with), the defendant must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 12, by failing to notify the probation officer of her change in residence.

On March 21, 2022, the probation officer contacted the property manager at the offender's last known residence located at 128½ North Division, #32, Spokane, Washington. The property manager advised the offender moved out of her apartment approximately 10 days prior.

The undersigned has attempted to contact Ms. Wentz via telephone, text, and email; however, she has failed to respond. This officer's most recent attempt to contact her via telephone revealed that her last known telephone number is no longer valid.

As of this writing, Ms. Wentz' current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | March 21, 2022 |
| | s/Lori Cross |
| | Lori Cross<br>U.S. Probation Officer |

Prob12C
Re: **Wentz, Tori Rachelle**
**March 21, 2022**
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[x]  The Issuance of a Summons
[ ]  Other

_Rosanne Malouf Peterson_
Signature of Judicial Officer

3/25/2022
Date