PROB 12C
(6/16)

Report Date: April 15, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Tori Rachelle Wentz | Case Number: 0980 2:15CR00072-RMP-1 |
| Address of Offender: | Spokane, Washington 99201 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: June 30, 2016

Original Offense: Counts 2 & 6:  Possession with Intent to Distribute 50 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A); Count 5: Distribution of 5 Grams or More of Actual Methamphetamine, 21 U.S.C. §  841(1)(1), (b)(1)(B)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 120 months<br>TSR - 60 months | Type of Supervision: Supervised Release | |
| Amended Sentence:<br>(April 7, 2021) | Prison - Time Served<br>TSR - 168 months | | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: April 21, 2021 | |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: April 20, 2028 | |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 3/21/2022 and 4/1/2022.

On April 22, 2021, the offender's conditions of supervision were reviewed by the probation officer and she signed said conditions acknowledging an understanding of her requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #22** : The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 22, by failing to report to Pioneer Human Services (PHS) for urinalysis testing on April 5, 2022. |

Prob12C
**Re: Wentz, Tori Rachelle**
**April 15, 2022**
**Page 2**

The probation officer received email correspondence from PHS indicating Ms. Wentz failed to report for urinalysis testing on April 5, 2022.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 15, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

4/15/2022
Date