PROB 12C  
(6/16)

Report Date: June 16, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON  

**Jun 16, 2022**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tori Rachelle Wentz    Case Number: 0980 2:15CR00072-RMP-1

Address of Offender: ███████████, Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: June 30, 2016

Original Offense:    Counts 2 & 6: Possession with Intent to Distribute 50 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A); Count 5: Distribution of 5 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(1)(1), (b)(10(B)

Original Sentence:    Prison - 120 months    Type of Supervision: Supervised Release  
                      TSR - 60 months

Amended Sentence:    Prison - Time Served  
(April 7, 2021)      TSR - 168 months

Asst. U.S. Attorney: Stephanie A. Van Marter    Date Supervision Commenced: April 21, 2021

Defense Attorney: Colin G. Prince    Date Supervision Expires: April 20, 2028

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 3/21/2022, 4/1/2022, 4/15/2022 and 4/28/2022.

On April 22, 2021, the offender's conditions of supervision were reviewed by the probation officer and she signed said conditions acknowledging an understanding of her requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

8    **Special Condition #22**: The defendant shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** The offender is alleged to have violated special condition number 22, by failing to provide a valid urine specimen at Pioneer Human Services (PHS) on June 9, 2022. Further, on this same date, PHS staff suspected she attempted to utilize a device to defeat the urinalysis test.

Prob12C
**Re: Wentz, Tori Rachelle**
**June 16, 2022**
**Page 2**

On June 9, 2022, Ms. Wentz reported to PHS to submit to urinalysis testing. Ms. Wentz failed to provide a urine specimen and during the attempted collection, PHS staff observed a string that appeared to be attached to the offender's pants or undergarment. When confronted, Ms. Wentz denied she was using a device, covered the area with her undergarment and rushed out of the building. As she left, staff observed that her pants were saturated with liquid.

9     **Special Condition #21**: The defendant must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: The offender is alleged to have violated special condition number 21, by failing to attended scheduled treatment sessions at PHS on June 8, June 10, June 13, and June 15, 2022.

The probation officer received email correspondence from PHS indicating Ms. Wentz failed to report for scheduled treatment sessions on June 8, 10, 13, and 15, 2022.

10    **Special Condition #22**: The defendant shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 22, by failing to report to PHS for urinalysis testing on June 8 and 13, 2022.

The probation officer received email correspondence from PHS indicating Ms. Wentz failed to report to their facility for urinalysis testing on June 8 and 13, 2022.

11    **Standard Condition # 9**: After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when to report to the probation officer, and the defendant must report to the probation officer as instructed.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 9 by failing to report to the probation officer on June 15, 2022.

On June 14, 2022, the undersigned attempted to contact the offender at her residence. The probation officer was unsuccessful in contacting Ms. Wentz and a business card was left on her door instructing her to report to the U.S. Probation Office at 9 a.m. on June 15, 2022. She failed to report to the U.S. Probation Office as instructed.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

Prob12C
**Re: Wentz, Tori Rachelle**
**June 16, 2022**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 16, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

6/16/2022
Date