PROB 12C
(6/16)

Report Date: September 15, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 16, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Tori Rachelle Wentz | Case Number: 0980 2:15CR00072-RMP-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Spokane, Washington 99260 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: June 30, 2016

| | |
|---|---|
| Original Offense: | Counts 2 & 6:  Possession with Intent to Distribute 50 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A); Count 5: Distribution of 5 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(1)(1), (b)(1)(B) |
| Original Sentence: | Prison - 120 months<br>TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Amended Sentence:<br>(April 7, 2021) | Prison - Time Served<br>TSR - 168 months |
| Asst. U.S. Attorney: | Stephanie A. Van Marter |
| | Date Supervision Commenced: April 21, 2021 |
| Defense Attorney: | John Stephen Roberts, Jr. |
| | Date Supervision Expires: April 20, 2028 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/21/2022, 04/01/0222, 04/15/2022, 04/28/2022 and 06/16/2022.

On April 22, 2021, the offender's conditions of supervision were reviewed by the probation officer and she signed said conditions acknowledging an understanding of her requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Standard Condition #1**: The defendant shall not commit another federal, state or local crime. |
| | **Supporting Evidence**: The offender is alleged to have violated standard condition number 1, by committing the offense of possession of controlled substance with intent to deliver, on or about July 23, 2022. |
| | According to Spokane Police Department incident report 2022-20127352, on July 23, 2022, Ms. Wentz was encountered by law enforcement during a routine traffic stop in a high crime area located in Spokane, Washington.  During the contact, the officer became aware that Ms. Wentz had an active federal warrant. Ms. Wentz initially provided a false name, but |

ultimately admitted her identity once she was shown a picture of herself from the officer's computer. Subsequently, Ms. Wentz was taken into custody and booked on the outstanding warrant.

When the responding officer looked through the passenger window of Ms. Wentz' vehicle, he observed a container in an open purse that appeared to contain fentanyl pills. He also observed a small scale, aluminum foil with burn marks, and multiple containers scattered throughout the vehicle. Thereafter, the vehicle was towed and a search warrant for the vehicle and its contents was signed on July 24, 2022.

On July 26, 2022, a search of the vehicle was conducted by Spokane Police Department officers. During the search, officers discovered approximately 435 grams of methamphetamine in a clear zip lock bag located inside a black handbag in the center console of the vehicle. Inside the same handbag, they also found a tin container with black tar heroin and approximately 39 grams of heroin in a clear plastic baggie. A tin container located on the front passenger seat was found to contain loose fentanyl pills, to include approximately 50 fentanyl pills in a clear plastic bag. In total, there were approximately 300 fentanyl pills. An additional 75 fentanyl pills were found inside a purse in the front passenger seat.

In addition to the above-referenced controlled substances, officers recovered $9,000 in cash, which were separated into $1,000 bundles. Inside a wallet containing Ms. Wentz' identification, was an additional $789 in cash. There were also several clear plastic baggies, as well as a ledger found in the backseat of the vehicle.

Based on the above information, probable cause was found to arrest Ms. Wentz on three counts of possession of a controlled substance with intent to deliver. According to the affidavit of facts, officers were unable to arrest the offender due to her United States Marshal hold.

As of this writing, no charges have been filed; however, the above information has been forwarded to the Drug Enforcement Agency (DEA) for further investigation.

| | |
|---|---|
| 13 | **Standard Condition # 2**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: The offender is alleged to have violated standard condition number 2, by possessing controlled substances, methamphetamine, fentanyl, and heroin, on or about July 23, 2022.

As noted in violation number 12, Spokane Police Department recovered methamphetamine, fentanyl pills, and heroin during a search of the offender's vehicle on July 26, 2022.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
Re: Wentz, Tori Rachelle
September 15, 2022
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 15, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer
9/15/2023

Date